# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BUSTOS, an individual, on his own behalf and on behalf of the others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>MT. VIEW FARMING, INC., a California corporation; and Does 1 through 100 inclusive,<br><br>          Defendant. | Case No. 1:18-cv-01380-AWI-SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(Doc. 4) |

On January 2, 2019, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 4.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **January 3, 2019**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE